ALLSTATE INS. CO. v. McCRAE

No. 552PA88.

Case below: 91 N.C. App. 505.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 9 February 1989.

BROOKS v. BROOKS

No. 51P89.

Case below: 92 N.C. App. 598.

Petition by defendant for writ of supersedeas and temporary stay denied 16 February 1989.

CORWIN v. DICKEY

No. 563P88.

Case below: 91 N.C. App. 725.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1989.

HARRISON v. HARRISON

No. 554P88.

Case below: 91 N.C. App. 586.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1989.

JONES v. JEFFERSON AND IRELAND v. JEFFERSON
AND TOTTEN v. JEFFERSON

No. 488P88.

Case below: 91 N.C. App. 289.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 9 February 1989.